RE: WR-39,415-04     39,415-04

July 11, 2015

Abel Acosta, Clerk
Court of Criminal
Appeals of Texas,

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 15 2015

Abel Acosta, Clerk

Please find enclosed a 3 page Statement of Facts to be included with the above numbered Writ of Habeas Corpus.

Also enclosed is a copy of an original letter I received from Austin Jackson dated 9 MAY 2014 that I would like to enter in as evidence also.

Thank you for your time and your cooperation in this matter.

Sincerely,

Paul Pate #01909266
Choice Moore Unit
1700 N. FM 87
Bonham, Tx. 75418

Court of Criminal
Appeals of Texas,

July 11, 2015

I am sending you this enclosed copy of the original letter which I have in my possession from my Court Appointed Appeal Lawyer, Austin Jackson who has signed and dated this letter, to be entered in as evidence in WR-39,415-04.

Mr. Jackson who ineffectively represented me on Direct Appeal, sent me this letter while I was awaiting an answer on my first writ of habeas corpus, WR-39,415-03.

This letter proves the bias and prejudice representation I received on Direct Appeal from Mr. Jackson. Also, had I of been represented properly on Direct Appeal, the 12th Court of Appeals would have had no other course of action than to have granted relief in this case. At the very least a new trial or hearing would have been ordered if not a complete aquital. This also makes this present writ of habeas corpus valid and with merit according to Texas Code of Criminal Pro. Ann. Art. 11.07 (4) (Vernon 2015).

I pray the Court allow this writ due to these facts of law.

Page 1 of 3

Court of Criminal
Appeals of Texas,

## Additional Statements
## of Facts

In the first sentence of the 2nd paragraph of Mr. Jackson's letter Mr. Jackson quotes, "You are not actually innocent." Actually, I AM INNOCENT, but ineffectively represented on Direct Appeal by Mr. Jackson who has already formed an opinion in his head and sided with the State that I am guilty of this false charge. This biased and prejudice representation by Mr. Jackson is contrary to law and equal rights to fair and unbiased representation. No way was I given a fair chance on Direct Appeal.

Mr. Jackson also goes on to say that I must be a drug user because I look, swim, and quack like a drug user. He also informs me that I have a criminal history going back almost 20 years.

Mr. Jackson is also guilty of profiling. My criminal history and the fact that I may or may not look like, swim like, and quack like a drug user is not a crime and should not be allowed as a basis for conviction or misrepresentation by Mr. Jackson.

Court of Criminal
Appeals of Texas,

## Statement of Facts (continued)

In the 3rd paragraph, 1st sentence of Mr. Jackson's letter, he concedes that I had a valid point in my original writ in that Officer Mallory (SIC) probably would not have stopped anyone else without them having broken no laws. Since Mr. Jackson admits this, he should have stood behind me on Direct Appeal in defending my 4th Amendment Rights which were violated.

Since he failed to do so and failed to inquire of my wishes concerning this, I was proceedurally barred from bringing up this issue in my original writ.

It is not my fault that Mr. Jackson failed to represent me effectively, so therefore should NOT have been proceedurally barred.

It is my hope and prayer that this Court is able to recognize the unfair biased and prejudice conduct of the 114th District Court and the Court Appointed Appeal Lawyers, Ineffective Assistance of Counsel which is keeping an innocent man incarcerated.

Sincerely,

Paul Michael Pate
TDC# 01909266
1700 N. FM 87
Bonham, TX. 75418

page 3 of 3

# THE JACKSON
# LAW FIRM, PLLC

112 EAST LINE STREET, SUITE 310
TYLER, TEXAS 75702
903-595-6070
FAX 866-387-0152

AUSTIN REEVE JACKSON
BOARD CERTIFIED CRIMINAL LAW
BOARD CERTIFIED CRIMINAL APPELLATE LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

9 MAY 2014

Mr. Paul Pate
Inmate 1909266
1700 N. FM 87
Bonham, TX 75418

**Re: 6 May Letter**

Mr. Pate:

I have today received your letter dated 6 May and would like to offer this response:

1. First, I assure you that there is no conspiracy between any of the judges and me to ensure that innocent people are wrongfully convicted. For the past decade I have devoted myself to standing for the constitutional rights of citizens against the government and have been successful in overturning convictions obtained in violation of the law including convictions in Judge Kennedy's court.

2. You are not actually innocent. The record in your case supported a legitimate, but weak, argument that the State failed to prove that you actually possessed the methamphetamine recovered. Therefore, that's the argument I raised and I stand by the cases with which I raised it. Interestingly, despite complaining in your letter to me about my argument and those cases I cited, I noticed that in the writ you filed you copied both my argument and those same cases. So between choosing to be frustrated that you criticized me or flattered that you copied me, I'm electing to take the latter.

3. Now, you make a valid point in your writ and in our prior discussions that if you didn't have a history with Officer Mallory he probably would not have stopped you that night. That's likely true. If it had been any one of 100 other people he likely would have paid them no attention that night. But here's the problem: The history about which you complain is exactly what made you stand out. It's like the old saying says, "If it looks like a drug user, swims like a drug user, and quacks like a drug user, then it's probably a drug user." Just in Smith County, you've got a criminal history going back almost twenty years. You can't repeatedly choose to make poor decisions and then be surprised when people, right or wrong, presume you're probably continuing to make those decisions. We are what we do; nobody can escape that.

4. Which leads me to my final point. You say you are concerned about justice. Well, a big part of justice is accepting responsibility for our actions. Start there. Use this as an opportunity to commit yourself to owning up to your past wrongs and begin to lay a foundation for making better decisions in the future. This sentence sucks; I get that. But it doesn't have to be the end of the world unless you let it. Choose to see this as an opportunity to redirect your life towards the greatness for which you were made. We all have a task laid before us that we are meant to accomplish; we all have ways in which we are called to serve. Find yours and go after it with all your heart.

Sincerely,

Austin Reeve Jackson